AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 24 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

| | |
|---|---|
| Lawrence T. Black | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:12-cv-11671 |
| RSB Equity Group, LLC, et al. | ) |
| *Defendant* | ) |

1:13-MI-0052

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 02/25/2013.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 04/01/2013

*CLERK OF COURT*

s/Holly Monda
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAWRENCE T. BLACK,
    Plaintiff,

v.

RSB EQUITY GROUP, LLC,
    Defendant.

CASE NO.

1:13-MI-0052

## REGISTRATION OF JUDGMENT

COMES NOW PLAINTIFF, pursuant to 28 U.S.C. section 1963, and hereby files the attached Judgments in a Civil Case, showing the court as follows:

Said Judgment was entered on February 25, 2013 in the U.S. District Court, E.D.Mich., in the case there assigned number 2:12-CV-11671.

Further, Plaintiff hereby shows that said Judgment has become final by expiration of the time for appeal.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by: _____
Kris Skaar
Georgia Bar No. 649610
krisskaar@aol.com
Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
P.O. Box 1478
331 Washington Ave.
Marietta, GA 30061-1478
770 / 427-5600
404 / 601-1855 fax

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Lawrence T Black,<br><br>          Plaintiff,<br><br>v.<br><br>RSB Equity Group, LLC, et al.,<br><br>          Defendants.<br><br>REX C. ANDERSON, ESQ. (P47068)<br>REX ANDERSON, PC<br>Attorney for Plaintiff<br>9459 Lapeer Road Suite 101<br>Davison, MI 48423<br>810-653-3300<br>mied@rexandersonpc.com | Case No. 2:12-cv-11671-GER-LJM<br><br>1:13-MI-0052<br><br><br>I hereby certify that the foregoing is a true copy of the original on file in this Office.<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF MICHIGAN<br><br>BY: _____<br>              Deputy |

## JUDGMENT

The above-referenced matter came before the Honorable Judge Gerald E. Rosen on the 14 day of February, 2013, for hearing on Plaintiff's Motion for Default Judgment against Defendant RSB Equity Group, LLC.

Rex C. Anderson, Esq. appeared on behalf of the Plaintiff.

The Court having heard the arguments of counsel, being fully advised of the premises and upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. That Plaintiff's Motion for Default Judgment against Defendant, in the amount of $5,000.00 is hereby **GRANTED.**

2. Costs are awarded in the amount of $617.11.

3. Additional attorney fees granted in the amount of $1,000.00, for a total judgment amount of $6,617.11.

Dated: February 25, 2013

s/Gerald E. Rosen
Honorable Judge Gerald E. Rosen
United States District Court